UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

Case:3:03cv158-V

FILED
CHARLOTTE, N.C.

NOV 1 5 2006

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | |
|---|---|
| Meineke Discount Muffler )<br>)<br>Plaintiff )<br>vs. )<br>)<br>Khader International, Inc., et al )<br>)<br>Defendants ) | **MOTION AND ORDER<br>FOR RETURN OF BOND** |

Cash bond in the amount of $100 was placed with the Clerk of Court as bond/security in the above-captioned case on September 5, 2003. It appears that this matter has been concluded, although no motion has been made for return of this bond.

The petitioner hereby requests that the bond be returned to the owner, Meineke Discount Muffler Shops, Inc., through counsel, Patricia R. Sistrunk, at 128 South Tryon St., Suite 900, Charlotte, NC 28202.

This the 6th day of November, 2006.

**FRANK G. JOHNS**

_____
FRANK G. JOHNS, CLERK OF COURT

**ORDER**

In consideration of the foregoing motion, it is THEREFORE ORDERED that the Clerk of Court disburse funds to the above-named individual(s) as a refund of the bond posted in the above-captioned case.

This the _8th_ day of _December_, 2006

_____
UNITED STATES DISTRICT JUDGE

cc: Financial Administrator